UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-130-FL

|  |  |  |
|---|---|---|
| WANDA D. CAPPS, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

UPON CONSIDERATION of the parties' Joint Motion to Stay Discovery Deadlines Pending Private Mediation and the entire record,

IT IS HEREBY ORDERED on this __15th__ day of August, 2016, that the parties' joint motion is GRANTED;

IT IS ORDERED FURTHER THAT:

1. The parties will work together to find and schedule a suitable date for mediation with Mr. Don Beskind to be held in the Office of the United States Attorney for the Eastern District of North Carolina during November 2016 (except for federal holidays).

2. Before mediation, the parties shall respond to all currently outstanding discovery requests, including any follow-up pursuant to Federal Rule of Civil Procedure 37.

1

3. Within seven business days of resolution or impasse certified by the mediator, the parties shall file with the court a joint written status update.

4. If the case does not resolve in mediation, the parties shall include in the status update their proposed plan for continued case management and scheduling and shall file a proposed amended scheduling order.

SO ORDERED.

_____
LOUISE W. FLANAGAN
United States District Judge